# UNITED STATES DISTRICT COURT
for the



CERTIFIED TRUE COPY
ATTEST: RAVI SUBRAMANIAN
Clerk, U.S. District Court
Western District of Washington
By _____ Deputy Clerk

| | |
|---|---|
| In the matter of the Search of )<br><br>Information Stored by Google ) | Case No. MJ23-276 |

## GEOFENCE SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of California, described in Attachment A.

I find the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such will reveal the property and evidence described in Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____June 16, 2023_____ *(not to exceed 14 days)*
  ☐ in the daytime 6:00 a.m. to 10:00 p.m. ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken. Alternatively, notice may be given by serving Google LLC with a copy of this warrant pursuant to 18 U.S.C. § 2703.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to any U.S. Magistrate Judge in the Western District of Washington.

  ☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

  ☐ for ___ days *(not to exceed 30)* ☒ until, the facts justifying, the later specific date of _____ .

Date and time issued: _____June 2, 2023 at 11:15 AM_____  _____[signature]_____
  *Judge's signature*

City and state: Seattle, Washington       BRIAN A. TSUCHIDA, United States Magistrate Judge
  *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed:<br>6/5/2023   8:55 am | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:
Data provided by Google.

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  9/27/2024

*Executing officer's signature*  Emily Moore

**Special Agent**
*Printed name and title*